## THE STATE v. MCTIGH.

Criminal Case: NO ERROR FOUND.

*Appeal from Polk District Court.*—HON. JOSIAH GIVEN, Judge.

THE defendant was indicted, tried, and convicted of keeping and maintaining a liquor nuisance. He appeals.

No appearance for appellant.

.A. J. Baker, Attorney General, for the State.

ROTHROCK, J.—The appeal is presented upon a transcript without abstract or argument. The transcript contains the indictment, instructions to the jury, the motion for new trial and the judgment. We discover no error in the record.

AFFIRMED.